**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00053-CV

_____

### IN RE ARNOLD A. SALINAS JR., Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
312th District Court
Harris County, Texas
Trial Court Cause No. 2009-30987**

---

## MEMORANDUM OPINION

On February 25, 2013, relator filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable David Farr, Judge of the 312th District Court, Harris County, Texas, to set aside his orders dated January 11, 2013, and January 15, 2013, entered in trial court cause number 2009-30987, styled *In the Interest of S.N.S. and A.A.S, III*. Relator claims the trial court abused its discretion in striking his jury demand and setting the case for a bench trial. Relator has also filed a motion for emergency stay.

On January 29, 2013, relator filed an unopposed motion to dismiss because the trial court signed an order setting the case for jury trial and the underlying case settled..  The motion is granted and the petition for writ of mandamus is ordered dismissed as moot.  Relator's motion for emergency stay is also dismissed as moot.


PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.